**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7243

LORENZO BROADNAX,

Plaintiff - Appellant,

versus

JOSEPH KAISER; DR. SELLERS; DR. ZEMMELL; DR.
OFOGH, in his individual and official
capacities; CAROLE F. WALLACE, in her
individual and official capacities; FRED
SCHILLINGS, Doctor in his individual and
official capacities; DOCTOR KAULASKAS, in his
individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-04-46-1-LMB)

Submitted: October 18, 2005        Decided: October 25, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lorenzo Broadnax, Appellant Pro Se. Rebecca Everett Kuehn,
Jennifer L. Sarvadi, LECLAIR RYAN, Alexandria, Virginia; Carlene
Booth Johnson, PERRY & WINDELS, Dillwyn, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenzo Broadnax appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Broadnax v. Kaiser</u>, No. CA-04-46-1-LMB (E.D. Va. July 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>